DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILFRED LUCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>WILFRED LUCE,<br><br>             Defendant. | 2:11-cr-312 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   October 7, 2011<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, WILFRED LUCE, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, September 9, 2011, be continued to Friday, October 7, 2011, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for October 7, 2011,
3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
4  (Local Code T4).

6  DATED: August 30, 2011          Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /S/ Benjamin Galloway
9                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   WILFRED LUCE
11

12
    DATED: August 30, 2011         BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Kyle Reardon
                                   KYLE REARDON
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

18                              **O R D E R**

19  The Court, having received, read, and considered the stipulation of
20  the parties, and good cause appearing therefrom, adopts the stipulation
21  of the parties in its entirety as its order. The Court specifically
22  finds that the failure to grant a continuance in this case would deny
23  counsel reasonable time necessary for effective preparation, taking
24  into account the exercise of due diligence.  The Court finds that the
25  ends of justice to be served by granting the requested continuance
26  outweigh the best interests of the public and defendant Wilfred Luce in
27  a speedy trial.

28

1    The Court orders that the time from the date of the parties'
2 stipulation, August 30, 2011, up to and including October 7, 2011,
3 shall be excluded from computation of time within which the trial of
4 this case must be commenced under the Speedy Trial Act, pursuant to 18
5 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
6 It is further ordered that the September 9, 2011, status conference
7 shall be continued until October 7, 2011, at 9:00 a.m.

Dated:  August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge