1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   WILFRED LUCE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )   2:11-cr-312 GEB
                                )
13           Plaintiff,         )   **STIPULATION AND [PROPOSED] ORDER**
                                )   **TO CONTINUE STATUS CONFERENCE**
14        v.                    )
                                )   DATE:    November 4, 2011
15 WILFRED LUCE,                )   TIME:    9:00 a.m.
                                )   JUDGE:   Hon. Garland E. Burrell
16           Defendant.         )
                                )
17 _____ )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through KYLE REARDON, Assistant U.S. Attorney, and defendant,

21 WILFRED LUCE, by and through his counsel, BENJAMIN GALLOWAY, Assistant

22 Federal Defender, that the status conference set for Friday, October 7,

23 2011, be continued to Friday, November 4, 2011, at 9:00 a.m..

24      The reason for this continuance is to allow defense counsel

25 additional time to review discovery with the defendant, to examine

26 possible defenses and to continue investigating the facts of the case.

27 ///

28

1    Speedy trial time is to be excluded from the date of this order

2    through the date of the status conference set for November 4, 2011,

3    pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

4    (Local Code T4).

5

6    DATED: October 5, 2011         Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8
                                    /S/ Benjamin Galloway
9                                   BENJAMIN GALLOWAY
                                    Assistant Federal Defender
10                                  Attorney for Defendant
                                    WILFRED LUCE
11

12
     DATED: October 5, 2011         BENJAMIN B. WAGNER
13                                  United States Attorney

14                                  /s/ Kyle Reardon
                                    KYLE REARDON
15                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
16

17

18                              **O R D E R**

19    The Court, having received, read, and considered the stipulation of

20   the parties, and good cause appearing therefrom, adopts the stipulation

21   of the parties in its entirety as its order. The Court specifically

22   finds that the failure to grant a continuance in this case would deny

23   counsel reasonable time necessary for effective preparation, taking

24   into account the exercise of due diligence.  The Court finds that the

25   ends of justice to be served by granting the requested continuance

26   outweigh the best interests of the public and defendant Wilfred Luce in

27   a speedy trial.

28

2

1    The Court orders that the time from the date of the parties

2  stipulation, October 5, 2011, up to and including November 4, 2011,

3  shall be excluded from computation of time within which the trial of

4  this case must be commenced under the Speedy Trial Act, pursuant to 18

5  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

6  It is further ordered that the October 7, 2011, status conference shall

7  be continued until November 4, 2011, at 9:00 a.m.

8

Dated:  October 6, 2011

9

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3