```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    WILFRED LUCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-cr-312 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| WILFRED LUCE, | ) | DATE: November 18, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, WILFRED LUCE, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, November 4, 2011, be continued to Friday, November 18, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for November 18, 2011,
3 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare]
4 (Local Code T4).

6 DATED: November 1, 2011    Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                  Federal Defender

9                                 /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
10                                Attorney for Defendant
                                WILFRED LUCE

12 DATED: November 1, 2011    BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Kyle Reardon
                                KYLE REARDON
15                                 Assistant U.S. Attorney
                                Attorney for Plaintiff

18                             **O R D E R**

19    The Court, having received, read, and considered the stipulation of
20 the parties, and good cause appearing therefrom, adopts the stipulation
21 of the parties in its entirety as its order. The Court specifically
22 finds that the failure to grant a continuance in this case would deny
23 counsel reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  The Court finds that the
25 ends of justice to be served by granting the requested continuance
26 outweigh the best interests of the public and defendant Wilfred Luce in
27 a speedy trial.

1    The Court orders that the time from the date of the parties
2 stipulation, November 1, 2011, up to and including November 18, 2011,
3 shall be excluded from computation of time within which the trial of
4 this case must be commenced under the Speedy Trial Act, pursuant to 18
5 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
6 It is further ordered that the November 4, 2011, status conference
7 shall be continued until November 18, 2011, at 9:00 a.m.

Dated:   November 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge