BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-00312-GEB |
| Plaintiff, ) | |
| ) | ORDER TO INCORPORATE |
| ) | PRELIMINARY ORDER OF |
| v. ) | FORFEITURE INTO JUDGMENT |
| ) | IN A CRIMINAL CASE |
| WILFRED FRANK LUCE, JR., ) | |
| Defendant. ) | |

The Preliminary Order of Forfeiture entered December 21, 2011, is hereby made final as to defendant Wilfred Frank Luce, Jr. and shall be incorporated into the Judgment in a Criminal Case filed July 25, 2012

SO ORDERED.

Dated:  August 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1